1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

### WESTERN DIVISION

11  JOSHUA CARRILLO,                    )       No. CV 08-7936-AHS (AGR)

12                  Petitioner,         )

                                        )       ORDER ADOPTING MAGISTRATE
13      v.                              )       JUDGE'S REPORT AND
                                        )       RECOMMENDATION
14  MICHAEL A. SMELOSKY, et al.,        )

15                  Respondent.         )

16  _____

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18  including the Petition, the Magistrate Judge's Report and Recommendation, the

19  Objections to the Report and Recommendation, and all records in the file.  Having

20  made a de novo determination, the Court agrees with the recommendation of the

21  Magistrate Judge.

22          IT IS ORDERED that Judgment be entered denying the Petition and dismissing

23  this action with prejudice.

24

25  DATED:  ___SEP 3 0 2009___        _____

26                                      ALICEMARIE H. STOTLER
                                        UNITED STATES DISTRICT JUDGE

27

28