UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSHUA CARRILLO,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL A. SMELOSKY, et al.,<br><br>        Respondent. | No. CV 08-7936-AHS (AGR)<br><br>JUDGMENT |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: SEP 30 2009

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE